**IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                           :
PLATINUM LONG TERM                         :
    GROWTH IV, LLC                         :
                                           :
           Plaintiff,                      :      Docket No.  1:08-cv-1110 GWG
                                           :
v.                                         :
                                           :
PRIDE BUSINESS DEVELOPMENT                 :
HOLDINGS, INC., BODYGUARD, INC.            :
AND FRANCINE MARKOW                        :
                                           :
                                           :
           Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Plaintiff, Platinum Long Term Growth IV, LLC, by and through its attorneys, Burak Anderson & Melloni, PLC, discloses, pursuant to Federal Rule of Civil Procedure 7.1(a) that (i) it is not a publicly held company, (ii) its parent corporation is Platinum Partners Value Arbitrage Fund, LP and (iii) no publicly held corporation holds more than 10% of Plaintiff's stock.

Respectfully submitted,

Dated: February 1, 2008
      Burlington, Vermont

        /s/ Michael L. Burak
Michael L. Burak, Esq. – MB7797
BURAK ANDERSON & MELLONI, PLC
30 Main Street, Suite 210
P.O. Box 787
Burlington, Vermont 05402-0787
Ph. 802-862-0500

Attorney for Plaintiff Platinum Long Term Growth IV, LLC