IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X
                              :

PLATINUM LONG TERM
     GROWTH IV, LLC                  :

          Plaintiff,           :       Docket No.  1:08-cv-1110 NRB

v.                            :

PRIDE BUSINESS DEVELOPMENT   :
HOLDINGS, INC., BODYGUARD, INC.  :
AND FRANCINE MARKOW       :

                              :

         Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIDAVIT OF MICHAEL L. BURAK RELATIVE TO
## PROOF OF SERVICE UPON ALL DEFENDANTS

I, Michael L. Burak, Esq., being duly sworn, deposes and states as follows:

1.     My name is Michael L. Burak.  I am a member of the law firm Burak Anderson & Melloni, PLC, attorneys for the Plaintiff, Platinum Long Term Growth IV, LLC.  I submit this Affidavit relative to Proof of Service upon all Defendants.

2.     On July 6, 2006, Defendant Pride Business Development Holdings, Inc. and Platinum entered into a Securities Purchase Agreement pursuant to which Defendant Pride Business Development Holdings, Inc. irrevocably waived personal service of process and consented to service by "registered or certified mail or overnight delivery (with evidence of delivery)."

3.     Defendant Pride Business Development Holdings, Inc. was served at 1230 Calle Suerte, Camarillo, CA 93012, via Federal Express on February 19, 2008. The tracking number is 792004312578. A true and accurate copy of evidence of delivery is attached hereto as Exhibit 1.

4.     On July 6, 2006, Defendant Francine Markow delivered to Plaintiff the Personal Guarantee pursuant to which Defendant Francine Markow irrevocably waived personal service of process and consented to service by "registered or certified mail or overnight delivery (with evidence of delivery)."

5.     Defendant Francine Markow was served at 1230 Calle Suerte, Camarillo, CA 93012, via Federal Express on February 14, 2008.  The tracking number is 790446110910. A true and accurate copy of evidence of delivery is attached hereto as Exhibit 2.

6.     On July 6, 2006, Defendant Bodyguard, Inc. delivered to Plaintiff the Subsidiary Guarantee pursuant to which Defendant Bodyguard, Inc. irrevocably waived personal service of process and agreed that service of process may be effected by "mailing a copy thereof by registered or certified mail (or any substantially similar form of mail)."

7.     Defendant Bodyguard, Inc. was served at 1230 Calle Suerte, Camarillo, CA 93012, via Certified Mail on February 15, 2008.  The tracking number is 7005 0002 4586 927. A true and accurate copy of the United States Postal Service tracking results is attached hereto as Exhibit 3.

FURTHER AFFIANT SAYETH NOT:

Dated: March 17, 2008
     Burlington, Vermont

                            Michael L. Burak, Esq. – MB7797
                            BURAK ANDERSON & MELLONI, PLC
                            30 Main Street, Suite 210
                            P.O. Box 787
                            Burlington, Vermont 05402-0787
                            Ph. 802-862-0500

                            Attorney for Plaintiff Platinum Long Term Growth
                            IV, LLC

STATE OF VERMONT
COUNTY OF CHITTENDEN SS:

     On the 17th day of March 2008, personally appeared Michael L. Burak, signer of the foregoing instrument, and made oath that the foregoing information contained herein is true to the best of his knowledge, information and belief.

                            Notary Public
                            My Commission Expires:  2/10/11



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 27,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **792004312578**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1230 CALLE SUERTE CAMARILLO, CA 930128053 |
| Signed for by: | A.TEPPER | Delivery date: | Feb 19, 2008 09:58 |
| Service type: | Priority Envelope | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 792004312578 | Ship date: | Feb 13, 2008 |
| | | Weight: | 0.5 lbs. |

Recipient:
Pride Business Development Holdings
1230 CALLE SUERTE
CAMARILLO, CA 930128053 US

Shipper:
Karen McCrea
BURAK ANDERSON & MELLONI, PLC
30 MAIN STREET- SUITE 210
BURLINGTON, VT 05401 US

Reference                                    80312

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

## Aimee Cardinal

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, February 19, 2008 1:04 PM
**To:** acardinal@vtlaw1.com
**Subject:** FedEx Shipment 792004312578 Delivered

This tracking update has been requested by:

Company Name:              BURAK ANDERSON & MELLONI, PLC
Name:                      Karen McCrea
E-mail:                    acardinal@vtlaw1.com

Our records indicate that the following shipment has been delivered:

Door Tag number:           DT101448195589
Reference:                 80312
Ship (P/U) date:           Feb 13, 2008
Delivery date:             Feb 19, 2008 9:58 AM
Sign for by:               A.TEPPER
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:           792004312578

Shipper Information                Recipient Information
Karen McCrea                       Pride Business Development
BURAK ANDERSON & MELLONI, PLC      Holdings
30 MAIN STREET- SUITE 210          1230 CALLE SUERTE
BURLINGTON                         CAMARILLO
VT                                 CA
US                                 US
05401                              930128053

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:04 PM CST
on 02/19/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

2/22/2008

Thank you for your business.

2/22/2008



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 27,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **790446110910**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1230 CALLE SUERTE CAMARILLO, CA 930128053 |
| Signed for by: | A.MARKOW | Delivery date: | Feb 14, 2008 12:23 |
| Service type: | Priority Envelope | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 790446110910 | Ship date: | Feb 13, 2008 |
| | | Weight: | 0.5 lbs. |

**Recipient:**
Pride Business Development Holdings
Attn: Francine Markow
1230 CALLE SUERTE
CAMARILLO, CA 930128053 US

**Shipper:**
Karen McCrea
BURAK ANDERSON & MELLONI, PLC
30 MAIN STREET- SUITE 210
BURLINGTON, VT 05401 US

**Reference**                                            80312

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**Aimee Cardinal**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, February 14, 2008 3:28 PM |
| **To:** | acardinal@vtlaw1.com |
| **Subject:** | FedEx Shipment 790446110910 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | BURAK ANDERSON & MELLONI, PLC |
| Name: | Karen McCrea |
| E-mail: | acardinal@vtlaw1.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 80312 |
| Ship (P/U) date: | Feb 13, 2008 |
| Delivery date: | Feb 14, 2008 12:23 PM |
| Sign for by: | A.MARKOW |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:     790446110910

| Shipper Information | Recipient Information |
|---|---|
| Karen McCrea | Pride Business Development |
| BURAK ANDERSON & MELLONI, PLC | Holdings |
| 30 MAIN STREET- SUITE 210 | Attn: Francine Markow |
| BURLINGTON | 1230 CALLE SUERTE |
| VT | CAMARILLO |
| US | CA |
| 05401 | US |
| | 930128053 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:28 PM CST on 02/14/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

2/22/2008

Thank you for your business.



**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0002 4586 9278**
Status: **Notice Left**

We attempted to deliver your item at 11:38 AM on February 15, 2008 in CAMARILLO, CA 93012 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
| ( Go > ) |

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Copyright© 1999-2007 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA