IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

PLATINUM LONG TERM GROWTH IV, LLC,

        Plaintiff,

v.

PRIDE BUSINESS DEVELOPMENT
HOLDINGS, INC., BODYGUARD, INC., and
FRANCINE MARKOW,

        Defendants.

----------------------------------------X

Docket No. 1:08-cv-1110 NRB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

### DEFAULT JUDGMENT

This action having been commenced on February 1, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on: (1) Defendant Pride Business Development Holdings, Inc., via Federal Express on February 19, 2008; (2) Defendant Bodyguard, Inc., via Certified Mail on February 15, 2008; and (3) Defendant Francine Markow, via Federal Express on February 14, 2008. Proof of Service was filed on March 17, 2008. On March 18, 2008, Defendants were notified via Federal Express that the time period for answering the complaint had passed and that Default Judgment was to be filed with the Court by March 25, 2008. On March 19, 2008, at the request of Defendants, a copy of the Summons and Complaint was sent to Mr. M. Michael Markow, Chairman & CEO of Pride Business Development Holdings, Inc., as well as Bodyguard, Inc. and Ms. Francine Markow via Federal Express. Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the liquidated amount of $691,333.31 with interest at 18% from April 11, 2008 totaling $1,363.72 as of April 15, 2008, plus costs and disbursements of this action in the amount of $5,373.96 amounting in all to $698,070.99.

Dated: New York, New York
April 28, 2008

Hon. Naomi R. Buchwald

This document was entered on the docket on _____.